1   DAVID H. KRAMER, State Bar No. 168452
    CAROLINE E. WILSON, State Bar No. 241031
2   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
3   650 Page Mill Road
    Palo Alto, CA 94304-1050
4   Telephone:  (650) 493-9300
    Facsimile:  (650) 565-5100
5   Email:  dkramer@wsgr.com
    Email:  cwilson@wsgr.com
6
    Attorneys for Plaintiff
7   KNO, INC.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

13  KNO, INC., a Delaware corporation        )   CASE NO.:  4:12-cv-00121-DMR
                                             )
14            Plaintiff,                      )   **APPLICATION TO CONTINUE
                                             )   INITIAL CASE MANAGEMENT
15       v.                                   )   CONFERENCE AND [PROPOSED]
                                             )   ORDER**
16  CENGAGE LEARNING, INC, a Delaware        )
    corporation                              )   **Judge:       Hon. Donna M. Ryu**
17                                           )   **CMC Date:    April 25, 2012**
              Defendant.                      )   **CMC Time:    1:30 p.m.**
18                                           )
                                             )
19  _____     )

20

21

22

23

24

25

26

27

28

1      Plaintiff Kno, Inc. ("Plaintiff"), through its undersigned counsel, hereby respectfully

2  requests that the Court continue the Initial Case Management Conference currently set for April

3  25, 2012 at 1:30 p.m. until June 13, 2012, or as soon thereafter as the Court deems appropriate.

4  Defendant Cengage Learning, Inc. ("Cengage"), which has not yet appeared in this action, has

5  authorized Kno's counsel to state that Cengage has no objection to this request.

6      The complaint in this action was filed on January 6, 2012, but has not yet been served.

7  Kno believes a brief continuance may allow the matter to be discontinued without generating

8  unnecessary legal expense.

9

10  Dated:  April 3, 2012              WILSON SONSINI GOODRICH & ROSATI

11                              Professional Corporation

12                              By:    */s/ David H. Kramer*

13                                  David H. Kramer

                                    Email: dkramer@wsgr.com

14                            Attorneys for Plaintiff

15                            Kno, Inc.

16

17

18                         **[PROPOSED] ORDER**

19      Good cause having been shown:

20      IT IS ORDERED that the Initial Case Management Conference currently scheduled for

21  April 25, 2012, at 1:30 p.m. is hereby continued until June 13, 2012 at 1:30 p.m.

22

23  Dated:  April __, 2012            By: _____

24                              The Honorable Donna M. Ryu

                              United States Magistrate Judge

25

26

27

28