```
DAVID H. KRAMER, State Bar No. 168452
CAROLINE E. WILSON, State Bar No. 241031
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:  dkramer@wsgr.com
Email:  cwilson@wsgr.com

Attorneys for Plaintiff
KNO, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KNO, INC., a Delaware corporation<br><br>         Plaintiff,<br><br>     v.<br><br>CENGAGE LEARNING, INC.,<br><br>         Defendant. | CASE NO.:  4:12-cv-00121-DMR<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 3, 2012                    Signature:_____*/s/ David H. Kramer*_____
                                                          Counsel for Plaintiff Kno, Inc.