DAVID H. KRAMER, State Bar No. 168452
CAROLINE E. WILSON, State Bar No. 241031
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: cwilson@wsgr.com

Attorneys for Plaintiff
KNO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KNO, INC., a Delaware corporation<br><br>          Plaintiff,<br><br>    v.<br><br>CENGAGE LEARNING, INC, a Delaware corporation<br><br>          Defendant. | CASE NO.: 4:12-cv-00121-YGR<br><br>**DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiff Kno, Inc. ("Plaintiff"), hereby voluntarily dismisses the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Neither an answer to the Complaint nor a motion for summary judgment has been served by the defendant.

Dated: April 16, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:     */s/ David H. Kramer*
          David H. Kramer
          Email: dkramer@wsgr.com

Attorneys for Plaintiff Kno, Inc.

DISMISSAL WITHOUT PREJUDICE
CASE NO: 4:12-CV-00121-YGR